# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FRENCH ANDERSON,<br><br>　　　　　　　Petitioner,<br>　　v.<br>TIM PEREZ, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 14-09463 R (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 24, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE